# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Edward Byrd, III ,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-602
                                          3:01-cr-178-1

USA,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2011 Order.

                                          Signed: October 7, 2011

Frank G. Johns, Clerk
United States District Court